IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VALENTIN RIVERA PEREZ, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-01184-DAE |
| | § | |
| MULLIN, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

<u>ORDER FOR SUPPLEMENTAL BRIEFING</u>

Before the Court is Valentin Rivera Perez's ("Petitioner") Petition for

Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and

Federal Respondents'[1] Response (Dkt. # 5).  The Court requires more information

before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **<u>on or before 12:00 p.m. on

Monday, May 18, 2026</u>**, Petitioner shall file supplemental briefing with answers to

the following questions:

1. Does Petitioner have any criminal convictions? If so, please provide additional information.

2. Please describe further what connections has Petitioner established with the United States, if any.

---

[1] Federal Respondents include Markwayne Mullin, Secretary of the Department of Homeland Security ("DHS"); Todd Blanche, United States Attorney General; Todd M. Lyons, Director of U.S. Immigration and Customs Enforcement ("ICE"); and Sylvester Ortega, ICE Field Office Director.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, May 11, 2026.

_____
David Alan Ezra
Senior United States District Judge